ATTACHMENT B

**Index of Social Media Posts**

| Post # | Date | Post |
|--------|------|------|
| 1 | Dec. 4, 2008[1] | December 4, 2008 — Donna Brazie — 2 Comments — Like — Share — Callus - maybe we can grab a bite, dessert at cheesecake corner or drink somewhere — Like 1y — 1 day ago |
| 2 | Dec. 16, 2016 | FBI agrees with CIA assessment that Russia wanted to help Trump win fb.me/1dfzNS5Su — 2:53 PM · Dec 16, 2016 · Facebook |
| 3 | Jan. 12, 2017 | Jan 12, 2017 — "Mr. **Comey** said he couldn't discuss any investigations." 👀 😳 🤔 fb.me/7E8Iag2ee |

---

[1]     This post only appears in defendant's motion, Am. Mot. at 12, not in the composite exhibit.

| | | |
|---|---|---|
| 4 | Mar. 2, 2017 |  |
| 5 | Mar. 3, 2017 | |
| 6 | Mar. 3, 2017 | |

**4** — Mar. 2, 2017

If HRC had won, and Russians had hacked the RNC and released their emails leading up to her win, and members of... fb.me/8uU5Qqlmp

6:32 AM · Mar 2, 2017 · Facebook

**1** Like

**5** — Mar. 3, 2017

TRUMP, PUTIN, AND THE NEW COLD WAR

What lay behind Russia's interference in the 2016 election—and what lies...

Trump, Putin, and the New Cold War
What lay behind Russia's interference in the 2016 election—and what lies ahead?
🔗 newyorker.com

10:15 PM · Mar 3, 2017 · Facebook

**36** Retweets   **25** Likes

**6** — Mar. 3, 2017

· Mar 3, 2017

Senators Lindsey Graham and SheldonWhitehouse Meet With FBI Director **Comey** on Russia Query

"S.C. Republican says... fb.me/3nmYapQqk

↻ 1

| | May 17, 2017 | Appointment of Special Counsel |
|---|---|---|
| 7 | Jul. 14, 2017 | "Fox News keeps pushing excuses for Trump Jr.'s collusion with Russia that are just really, really bad." fb.me/8sQi1wuWJ<br><br>12:50 PM · Jul 14, 2017 · Facebook<br><br>**38** Retweets  **21** Likes |
| 8 | Jul. 15, 2017 | Trump campaign paid firm of lawyer representing Trump Jr. before emails were made public fb.me/6EnKPD0k6<br><br>5:45 PM · Jul 15, 2017 · Facebook<br><br>**1** Retweet |
| 9 | Aug. 13, 2017 | Marched by 45's hotel...and the crowd went boooooo!!! Then yelled shame, shame, shame as we walked by!<br><br>♡ 1  5:58 PM - Aug 13, 2017<br><br>See [ ] other Tweets |

| | | |
|---|---|---|
| 10 | Aug 19, 2017 | ▮▮▮▮▮<br><br>"Quick question for the #KlanPresident and the 64% of Republicans who agree with his remarks and behavior over... fb.me/1sB0Pl4rs<br><br>5:44 AM · Aug 19, 2017 · Facebook<br><br>**2 Likes** |
| 11 | Oct 15, 2017 | ▮▮▮▮▮ · Oct 15, 2017<br>"Kansas tried a tax plan similar to **Trump's**. It failed." fb.me/1jaUGoaP0 |
| 12 | Oct. 22, 2017 | ▮▮▮▮▮<br><br>Every day we wake up to more foolishness from this admin. He lies. Then the people that work for him have to... fb.me/8ptUDrYO7<br><br>8:37 AM · Oct 22, 2017 · Facebook<br><br>**3 Likes** |
| 13 | Oct. 29, 2017 | ▮▮▮▮▮ · Oct 29, 2017<br>Could change tomorrow, but for right now, this matters:<br><br>"The drop for **Trump** has come from independents (who... fb.me/1L6n1pdGe |

| | | |
|---|---|---|
| 14 | Nov. 5, 2017 |  ▇ · Nov. 5, 2017<br>**Leaked** documents show Trump aide concealed ties to Putin cronies<br><br>Leaked documents show Trump aide concealed ties to Putin cronies<br>Leaked legal records show Commerce Secretary Wilbur Ross shares business interests with Vladimir Putin's immediate family, which he faile...<br>🔗 nbcnews.com<br><br>💬 10    ↩ 28    ♡ 12 |
| 15 | Nov. 5, 2017 | ▇ · Nov 5, 2017<br>"Protestors troll **Trump** with "Welcome to Kenya" signs during Hawaii visit hill.cm/pGSvMx7" 😂🤣😜 fb.me/EJM1PWon<br>💬    ↩    ♡ 1 |
| 16 | Nov. 11, 2017 | ▇<br><br>"An incomplete list....<br><br>Mueller: lying<br>Comey: lying<br>Obama: lying<br>Clinton: lying<br>Federal judges: lying<br>His sex... fb.me/3d8WCKbHU<br><br>1:22 PM · Nov 11, 2017 · Facebook<br><br>**1** Retweet    **5** Likes<br><br>💬    ↩    ♡ |

| | | |
|---|---|---|
| 17 | Jan 13, 2018 | ▮▮ · Jan 13, 2018<br><br>Gotta love it! 😂🤣😛<br><br>"The word "shithole" is being projected onto **Trump**'s DC hotel."<br>fb.me/1w3CRhrNw<br><br>💬    🔁 1    ♡ 3    ⬆ |
| 18 | Jan 20, 2018 | ▮▮ · Jan 20, 2018<br>Opinion \| What's so extremely, uniquely wrong about **Trump**'s presidency<br>fb.me/F2LmGJYm<br><br>💬    🔁    ♡ 1    ⬆ |
| 19 | Jan 31, 2018 | ▮▮<br><br>FBI expresses 'grave concerns' about House GOP memo<br>fb.me/KeW2WnUm<br><br>12:07 PM · Jan 31, 2018 · Facebook<br><br>💬    🔁    ♡    ⬆ |
| 20 | Mar 22, 2018 | ▮▮ · Mar 22, 2018<br>From the folks who brought us never ending investigations on Benghazi——<br>> "The House Intelligence Committee on Thursday voted along party lines to formally end its investigation into Russian interference in the 2016 presidential election and issue a... politi.co/2HSuiPF<br><br>💬    🔁    ♡    ⬆ |

| 21 | Apr 25, 2018 |  |
|----|--------------|---|
| 22 | Jun 14, 2018 | ·Jun 14, 2018<br><br>Behold, the candidate of the party of family values and Jesus!<br><br>MAGaspA<br><br>""It's all because Donald **Trump** was the Christopher Columbus for me," Hof told the Associated Press in a... pbs.org/newshour/polit... |
| 23 | Nov 2, 2018 | ·Nov 2, 2018<br><br>""Why do they stick with **Trump**?" Wong asked during the panel. "Because **Trump**'s immigration agenda is the white evangelical immigration agenda. I think that has become very clear.""<br><br>#ChuckDTriedToTellUs<br>#FearOfABlackPlanet<br>#FightThePower christianpost.com/news/most-whit... |

| 24 | Dec 11, 2018 |  |
| | Jan. 25, 2019 | Defendant arrested |
| 25 | Jan 25, 2019 | |

| | | |
|---|---|---|
| 26 | Jan 30, 2019 |  |
| 27 | Feb 28, 2019 | |
| 28 | Mar 24, 2019 | |

In his press conference 45 said M Cohen lied a lot during his testimony, but told the truth when he said he had no knowledge/evidence that 45 colluded with Russia. Then 45 said since Cohen lied about everything... facebook.com/1236360242/pos...

8:43 AM · Feb 28, 2019 · Facebook

1 Retweet

Ignoring the numerous indictments, guilty pleas, and convictions of people in 45's inner-circle, some Republicans are asserting that the Mueller investigation was a waste of time because he hasn't found evidence of...
facebook.com/1236360242/pos...

| 29 | Apr 11, 2019 |  |
|----|--------------|---------------------|
| 30 | May 16, 2019 | |

| 31 | May 29, 2019 |  |
|---|---|---|

· May 29, 2019

""After that investigation, if we had confidence that the president clearly did not commit a crime, we would have said that," Mueller said."

Mueller: Charging president with a crime was 'not an option we could
Special counsel Robert Mueller, in his first public comments on his two-year investigation surrounding President Trump and his campaign, said ...
🔗 thehill.com

| 32 | Jun 13, 2019 | |
|---|---|---|

**Republican blocks bill requiring campaigns to alert FBI to foreign offers of assistance**

Republican blocks bill requiring campaigns to alert FBI to forei...
"These reporting requirements are overbroad," Sen. Marsha Blackburn said.
🔗 axios.com

6:42 PM · Jun 13, 2019 · Facebook

**1** Like

| 33 | July 2, 2019[2] |  |
|---|---|---|
| 34 | Aug 2, 2019 | |

2     This post only appears in defendant's motion, Am. Mot. at 13, not in the composite exhibit.

| 35 | Aug 25, 2019 |  |
| --- | --- | --- |
| | Sept 12, 2019 | Jury Questionnaires completed |
| | Nov. 5, 2019 | Trial begins |

| | | |
|---|---|---|
| 36 | Nov 10, 2019 |  |
| 37 | Nov. 12, 2019 | |

| 38 | Nov 13, 2019 |  |
|----|--------------|---|
| 39 | Nov 13, 2019 | |
| 40 | Nov 14, 2019 | |

| 41 | Nov 14, 2019 |  |
|---|---|---|
| 42 | Nov 15, 2019 | ❤️❤️👊✊ facebook.com/story.php?stor...<br><br>3:14 AM · Nov 15, 2019 · Facebook |